## 55615. GREGORY v. THE STATE.

SMITH, Judge.

The appellant's two enumerations of error in this appeal from an armed robbery conviction complain of the giving of a charge on alibi, contending there was no alibi evidence introduced during the trial. However, the record shows that there *was* some alibi evidence, though not without contradiction from the appellant himself, as the appellant's mother testified that he had been at home when the robbery took place. This evidence authorized a charge on alibi, and the charge given was a correct statement of the law. The appeal is without merit.

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

SUBMITTED APRIL 3, 1978 — DECIDED JUNE 6, 1978.

*Falligant, Sims, Hunter & Donaldson, W. David Sims,* for appellant.

*Andrew J. Ryan, III, District Attorney, Robert M. Hitch, III, William H. McAbee, II, Assistant District Attorneys,* for appellee.